UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHERYEL ERVIN MONTGOMERY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-371-JWD-SDJ** |
| **FAST STOP TOWING** | |

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 29, 2025 (Doc.3), to which no objection was filed;

**IT IS ORDERED** that the above-captioned matter is **DISMISSED** for lack of jurisdiction. The Court adopts the R&R in full with one exception. The Court does not adopt the following sentence, "Because her filing was a mere mistake of jurisdiction, this Court should grant a grace period of 60 days from this order for Plaintiff to file her claim in the correct court." This Court stresses that Plaintiff is responsible for complying with any applicable deadlines or prescriptive periods in refiling her claim.

Signed in Baton Rouge, Louisiana, on August 4, 2025.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**